BROWN v. GENERAL DROP FORGE CO. (Supreme Court, Appellate Division,

Fourth Department. January 21, 1914.) Action by John Brown against the General Drop Forge Company. No opinion. Plaintiff's exceptions overruled, motion for new trial denied, with costs, and judgment directed for the defendant upon the nonsuit, with costs.